**F&A** **FRANK & ASSOCIATES, P.C.**
THE WORKPLACE LAW FIRM

NEIL M. FRANK, ESQ.

September 21, 2017

Magistrate Judge Arlene R. Lindsay
Long Island Federal Courthouse
814 Federal Plaza Central Islip,
New York 11722-4451
Telephone: (631) 712-573

**Re: Baca, *et al* v. 24 Hr Laundromat, *et al*.**
**Case No. 2:15-cv-06707-JFB-ARL**

Dear Judge Lindsay,

 This firm represents Plaintiffs Suyapa Baca and Arlex Escobar, in the above-referenced matter. We write with consent of Defendants, pursuant to Your Honor's June 29, 2017 Order, requiring the parties to provide the Court with a joint status report by September 21, 2017, regarding the party's settlement discussions.

 We write to inform the Court that a settlement conference was held on September 14, 2017, however the parties were unable to reach a settlement and at this time the parties are extremely far apart in terms of reaching a settlement. We respectfully request Your Honor set this matter down for a conference so a formal discovery schedule can be set.

Respectfully Submitted,

**FRANK & ASSOCIATES, P.C.**

Anthony V. Merrill, Esq.