UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
Long Island Federal Courthouse
814 Federal Plaza
Central Islip, NY 11722-4451
(631) 712-5730

**BEFORE:**     **ARLENE R. LINDSAY**     **DATE: 10/19/2017**
                United States Magistrate Judge
                                                                       **TIME: 12:00 p.m.**

**DOCKET NO: CV 15-6707 (JFB)**

**CASE: Baca v. 24 Hr. Laundromat, et al**

   \_\_\_ **INITIAL CONFERENCE**
 **X**   **STATUS CONFERENCE**                                **BY TELEPHONE** \_\_\_
   \_\_\_ **SETTLEMENT CONFERENCE**
   \_\_\_ **FINAL CONFERENCE**
   \_\_\_ **DISCOVERY CONFERENCE**

        **APPEARANCES:**         **FOR PLAINTIFF:**        **FOR DEFENDANTS:**

                                     Neil Frank                  Daniele De Voe

**The following rulings were made:**

      **Status conference held. The case is referred to mediation. A hearing is scheduled for October 31, 2017 at 2:00 p.m.**

**SO ORDERED:**

                                _____/s/_____